**STATEMENT OF FACTS**

On February 1, 2018, at approximately 9:58 a.m., Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) agents and task force officers conducted a search of 2408 Martin Luther King, Jr. Avenue (MLK, Jr.), Southeast, Washington, D.C. 20020 pursuant to a search warrant that was authorized by United States Magistrate Judge Deborah A. Robinson on January 30, 2018 (18-sw-20-DAR). The first floor of the premises consisted of the Next Level Cuts barbershop. The second floor of the premises consisted of eight rooms, which included a kitchen and one bathroom. The following photograph depicts the premises.



After breaching a separate unnumbered door on the second floor, which was locked, law enforcement entered the room. Inside the room, law enforcement discovered an air mattress that contained drug paraphernalia and a table with two scales and two plates that contained suspected drug residue. Next to the air mattress was a Louis Vuitton duffel bag, which contained clear capsules for the packaging of heroin and two bundles of United States currency that were in rubber bands. In total, the bundles contained approximately $7,020 in United States currency. In the corner of the room was a black bag that contained 10 full half-ounce vials and 6 full one-ounce vials of an amber liquid that was consistent with phencyclidine (PCP) and a partially filled Everfresh bottle that contained an amber liquid consistent with PCP. Near the bag were two Clorox bottles, both with false bottoms. One Clorox bottle contained individually packaged capsules of suspected heroin that matched the empty capsules contained in the Louis Vuitton duffel bag. The second Clorox bottle contained sandwich baggies of a tan powdery substance consistent with heroin. On the bottom of the mattress was a folded medical document in the name of ANTHONY FIELDS (FIELDS), which bore the date of birth of 06/07/1973. The suspected PCP and heroin recovered from the room were weighed by law enforcement. The total weight of the PCP was approximately 1,079.5 grams (with packaging) and the total weight of the heroin was approximately 301.8 grams (with packaging). A field test of the substances gave a positive reaction for PCP and heroin, respectively. The quantity of the narcotics, plus the presence of drug

paraphernalia, and the large amounts of U.S. currency, indicates that the recovered PCP and heroin were consistent with distribution, rather than mere possession. Law enforcement also recovered a shoebox on the above-referenced mattress, that contained two full boxes and one partially filled box of Suboxone strips. A full box of Suboxone strips contains 30 strips.

On February 1, 2018, ATF agents also executed a search of a Silver 2010 Land Rover bearing VIN number SALME1D45AA316133 and Washington, D.C. tag FR4706 pursuant to a search warrant that was authorized by United States Magistrate Judge Deborah A. Robinson on January 30, 2018 (18-sw-22-DAR). The vehicle was being driven by FIELDS, who has a date of birth of 06/07/1973. Law enforcement seized the keys to the vehicle and subsequently tested them in the unnumbered door to the above-referenced room on the second floor of 2408 MLK, Jr., Southeast. One of the keys on the key chain fit the door to the above-referenced room and was able to open the lock. FIELDS also had approximately 24 Suboxone strips on his person. A review of the Suboxone strips recovered from the aforementioned room at 2408 MLK, Jr., Southeast showed that they were the same types of Suboxone strips that FIELDS had on his person earlier in the day.

In the months prior to executing the above-referenced search warrants, law enforcement conducted surveillance on 2408 MLK, Jr., Southeast and observed FIELDS on multiple occasions entering — with a key — the red door that allowed entry into 2408 MLK, Jr., Southeast from the street. The red door led to the second floor by a staircase. Law enforcement observed FIELDS enter the red door from the street with a key as recently as January 18, 2018.

FIELDS was arrested by law enforcement when he was observed in front of 2408 MLK, Jr., Southeast by law enforcement agents.

_____
Rebekah Moss, Special Agent,
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF FEBRUARY, 2018.

_____
G. MICHAEL HARVEY
UNITED STATES
MAGISTRATE COURT JUDGE